IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMIE THORNTON,

    Defendant.

CIVIL ACTION NO.: CV513-097

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant Jamie Thornton is directed and compelled to comply with the Summons issued by the Internal Revenue Service on April 15, 2013.

**SO ORDERED**, this 6 day of March, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA